Final order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Botein, P. J., Breitel, M. M. Frank, Stevens and Bastow, JJ. [2 Misc 2d 486.]

■ DOMINICK PALLADINO, Appellant, v. CITY OF NEW YORK, Respondent. — Judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Botein, P. J., Breitel, M. M. Frank, Stevens and Bastow, JJ.

■ MARY SPORA et al., Appellants, v. FIRST NATIONAL STORES, INC., Respondent.— Judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Botein, P. J., Breitel, M. M. Frank, Stevens and Bastow, JJ.

■ In the Matter of FRANK J. MALLIA, Petitioner, against BERNARD J. GILLROY, as Commissioner of the Department of Buildings, City of New York, Respondent.— Determination unanimously confirmed and the proceeding dismissed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, M. M. Frank, Stevens and Bastow, JJ.

■ JUDITH S. BENDESKY, Respondent, v. SALLY BELLER et al., Defendants, and LLOYD FREEDMAN et al., Appellants.— Judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Breitel, J. P., Rabin, Valente, McNally and Stevens, JJ.

■ JOHN JAROS, Respondent, v. WALTER D. FLOERSHEIMER et al., Defendants, and MERKIN & Co. et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Rabin, Valente, McNally and Stevens, JJ.

■ ROBERT VELAISE, Appellant, v. RICHARD A. SHERESKY, Respondent, et al., Defendants.— Judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Breitel, J. P., Rabin, Valente, McNally and Stevens, JJ. [9 Misc 2d 278.]

■ HENRY DE JONG, Respondent, v. HOTEL ROOSEVELT CORPORATION et al., Defendants, and HOTEL CORPORATION OF AMERICA, Appellant.— Judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Breitel, J. P., Rabin, Valente, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. CARL EDELSON.— Motion denied in all respects. Concur — Rabin, J. P., Valente, McNally, Stevens and Bastow, JJ.

■ BENJAMIN ACKMAN et al., Doing Business as ACKMAN BROTHERS v. TOREN, INC.— Motion for leave to reargue denied. Motion for leave to appeal to the Court of Appeals granted. Settle order. Concur — Breitel, J. P., Rabin, Valente, McNally and Bastow, JJ.

■ EDITH KRAMER v. AUSTRAL AMERICAN TRADING CORPORATION.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., M. M. Frank, McNally, Stevens and Bastow, JJ.

■ RALPH E. MARSON v. GLORIA S. MARSON et al.— Motion for leave to reargue denied, with $10 costs. Concur — Botein, P. J., M. M. Frank, Valente, Stevens and Bastow, JJ.

■ RALPH E. MARSON v. GLORIA S. MARSON et al.— Motion for leave to reargue and for permission to submit new evidence denied, with $10 costs. Concur — Botein, P. J., M. M. Frank, Valente, Stevens and Bastow, JJ.

■ JOSEPH A. SCHAINES v. ROSE SCHAINES.— Motion for a stay dismissed, having become academic by virtue of the decision of this court in Schaines v. Schaines (ante, p. 717). Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. MARVIN J. SCHLANGER against JESSICA SCHLANGER.— Motion for a stay denied. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Bastow, JJ.